

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Paul T. Holt
County Attorney
Travis County
Austin, Texas

Dear Sir:

Opinion No. O-3218
Re: Dropping names of deceased
holders of personal exemp-
tion certificates from
voting poll list.

By letter of February 25, 1941, you have asked our
opinion as to whether the county assessor-collector of taxes
has authority to drop the names of deceased holders of per-
manent exemption certificates from the voting poll list of
the county.

The portions of the Statutes applicable to your
question are the following:

"Art. 2960. Every person who is more
than sixty years old or who is blind or
deaf or dumb, or is permanently disabled,
or has lost one hand or foot, shall be
entitled to vote without being required to
pay a poll tax, if he has obtained his
certificate of exemption from the county
tax collector when the same is required by
the provisions of this title.

"Art. 2968. Every person who is exempted
by law from the payment of a poll tax, and who
is in other respects a qualified voter, who
resides in a city of ten thousand (10,000)
inhabitants or more, shall before the 1st day
of February of the year when such voter shall
have become entitled to such exemption obtain
from the Tax Collector of the county of his
or her residence, a certificate showing his
or her exemption from the payment of a poll
tax.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Paul T. Holt, Page 2

"* * *.

"A certificate of exemption from the
payment of poll tax shall be issued from
a well bound book, containing therein
original and duplicate, and upon issue
the certificate issued to the exempt
voter shall be detached from said book,
leaving therein a duplicate carbon or other
copy thereof, which shall contain the same
description and the original certificate,
bearing its proper number, shall be delivered
to the citizen in person to identify him in
voting. Certificates of exemption for each
precinct shall be numbered consecutively,
beginning at Number One.

"* * *.

"If said voter is exempt from the payment
of poll tax for any of the reasons stated in
Article 2960, Revised Civil Statutes of Texas
of 1925, the Tax Collector shall mark such
exemption to be a permanent exemption, and
thereafter it shall not be necessary or re-
quired of the voter, while he has his residence
in the county and voting precinct where such
certificate was issued to him, for such voter
to obtain a yearly certificate of exemption
from the payment of poll tax. In the event
the exempt voter, holding certificate under
this Article, shall remove from one voting
precinct to another within the county, where
certificate of exemption is required, he shall
only be required to present his certificate of
exemption to the Tax Collector for endorsement,
which endorsement shall show the date of removal,
and the date of endorsement, the new address and
precinct to which such voter has removed, and be
under the seal and signed by the County Tax Col-
lector.

"* * *.

"Art. 2975. Before the first day of April
every year, the County Tax Collector shall

Honorable Paul T. Holt, Page 3

      deliver to the Board that is charged with
the duty of furnishing election supplies
separate certified lists of citizens in
each precinct who have paid their poll
tax or received their certificates of
exemption, the names being arranged in
alphabetical order and to each name its
appropriate number as shown by the duplicate
retained in his office with a description
of the voter as to his residence, his voting
precinct, length of his residence in the
State and County, his race, occupation and
post-office address, if not in a city of
more than ten thousand (10,000) inhabitants.
* * *."

      While there is no express statutory provision for
the removal or cancellation of the duplicate carbon copies of
permanent exemption certificates kept in "a well bound book"
as provided by Article 2968, we believe it to be proper for
the Tax Assessor-Collector to mark across the copy of the
certificate, "DECEASED" where he is advised by credible infor-
mation that the person to whom such permanent certificate was
issued has died.

      Article 2975, quoted above requires the Tax Assessor-
Collector to prepare each year, before the first of April, lists
of qualified voters for each precinct. There can be no question
but that such lists should not contain the names of persons
known to be deceased. The reason and propriety of such procedure
is so self-evident as to require no citation of authority there-
for.

                        Yours very truly

APPROVED MAR 14, 1941        ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT
ATTORNEY GENERAL        By    Walter R. Koch
                                 Walter R. Koch
                                 Assistant

WRK:RS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN